

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Christopher J. Houpt**
Partner
T: +1 212 506 2380
F: +1 212 849 5830
CHoupt@mayerbrown.com

October 23, 2020

BY ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re: *Pacific Life Insurance Company, et al., v. The Bank of New York Mellon,* No. 17-cv-1388 (S.D.N.Y.)

Dear Judge Failla:

Pursuant to Rule 9 of Your Honor's Individual Practices, Defendant The Bank of New York Mellon ("BNYM") requests permission to redact portions of the document attached as Exhibit 2 to the Omnibus Declaration of Christopher J. Houpt in support of BNYM's Replies in Further Support of Its Motions to Exclude Opinions of Christopher J. Milner and Bruce D. Spencer, as well as references to Exhibit 2 in BNYM's Reply In Further Support Of Its Motion To Exclude Opinions Of Bruce D. Spencer (the "Spencer Reply"). Exhibit 2 and the redacted portions in the Spencer Reply have been designated as "Confidential" by Plaintiffs under the Protective Order (Dkt. 72), and Plaintiffs have requested that we file these documents under seal. As required by Rule 9(B), we will file under seal an unredacted copy of Exhibit 2 and the Spencer Reply. We will also email Chambers clean copies of the Exhibit 2 and the Spencer Reply, as well as copies highlighting the information that has been redacted in response to Plaintiffs' request.

Exhibit 2 does not contain information concerning BNYM. BNYM does not concede that the materials designated as confidential by Plaintiffs are confidential, or that the redactions are appropriate.

Sincerely,

*/s/ Christopher J. Houpt*
Christopher J. Houpt

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).

Application GRANTED.  Defendant may redact portions of Exhibit 2 to the Omnibus Declaration of Christopher J. Houpt, as well as references to that exhibit in their briefing, and may file under seal an unredacted copy of the exhibit.  The sealed copy shall be viewable to the Court and parties only.

Dated:     October 26, 2020         SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE