```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
PACIFIC LIFE INSURANCE COMPANY and                    :
PACIFIC LIFE & ANNUITY COMPANY,                       :
                                                      :
                            Plaintiffs,               :   17 Civ. 1388 (KPF)
                                                      :
                  v.                                  :        **ORDER**
                                                      :
THE BANK OF NEW YORK MELLON,                          :
                                                      :
                            Defendant.                :
                                                      :
------------------------------------------------------X
```

KATHERINE POLK FAILLA, District Judge:

On November 23, 2020, this Court issued an Order resolving certain disputes among the parties regarding Defendant Bank of New York Mellon's withholding of certain documents based on the attorney-client privilege and/or the work product doctrine. (Dkt. #207). While the Court largely agreed with Defendant's designations, it permitted Defendant to submit supplemental briefing on certain entries for which it required additional information to make a final privilege determination. Having now reviewed Defendant's *in camera* supplemental submission, the Court accepts Defendant's arguments as to its claim of attorney-client privilege, and will not require Defendant to produce the documents at Tabs 61, 62, and 76 in the binder provided to the Court for the purposes of its review.

SO ORDERED.

Dated:   March 2, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge