UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PACIFIC LIFE INSURANCE COMPANY and PACIFIC LIFE & ANNUITY COMPANY,<br><br>                              Plaintiffs,<br><br>                    -v.-<br><br>THE BANK OF NEW YORK MELLON,<br><br>                              Defendant. | 17 Civ. 1388 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 23, 2022, the Court held a telephonic conference addressing the parties' proposed briefing schedule for their objections to Magistrate Judge Robert Lehrburger's February 22, 2022 Report and Recommendation. The Court adopts the following briefing schedule:

- Objections to the Report and Recommendation shall be filed on or before **April 6, 2022**;

- Opposition briefs shall be filed on or before **May 18, 2022**; and

- Reply briefs shall be filed on or before **June 8, 2022**.

The parties' objections and opposition briefs shall be no more than 40 pages in length. Their reply briefs shall be no more than 20 pages in length.

Additionally, for the reasons stated at the conference, the Court directs the Clerk of Court to STAY this case pending future order of the Court.

SO ORDERED.

Dated:   February 23, 2022
            New York, New York

                                                                    _____
                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge