UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PACIFIC LIFE INSURANCE COMPANY and
PACIFIC LIFE & ANNUITY COMPANY,

                          Plaintiffs,                          17 Civ. 1388 (KPF)

            -v.-                                               **ORDER**

THE BANK OF NEW YORK MELLON,

                          Defendant.

KATHERINE POLK FAILLA, District Judge:

       As the parties know, the Court is currently considering Plaintiffs'

objections (Dkt. #343) to Judge Lehrburger's most recent Report and

Recommendation (Dkt. #340). In connection with its resolution of Plaintiffs'

objections regarding Ineligible Account EODs, the Court directs the parties to

provide, on or before **December 1, 2025**, evidence produced in discovery

that bears on the issue of the Certificate Accounts' eligibility for FDIC

insurance, or a statement indicating that no such evidence exists.

       SO ORDERED.

Dated:      November 14, 2025
            New York, New York
                                        _____
                                             KATHERINE POLK FAILLA
                                             United States District Judge